13 A.3d 357

IN THE MATTER OF THOMAS DESENO, AN ATTORNEY AT LAW (ATTORNEY NO. 033241990).

March 9, 2011.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 10–247, concluding that **THOMAS DeSENO** of

TOMS RIVER, who was admitted to the bar of this State in 1990, should be reprimanded for violating *RPC* 3.3(a) (lack of candor toward a tribunal), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **THOMAS DeSENO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.